IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY CO., *Plaintiff*, v. BRIGHTON EXTERIORS, INC., *Defendant*. | CIVIL ACTION NO. 14-03987 |

## ORDER

**AND NOW**, this 2nd day of March, 2015, upon consideration of Plaintiff State Farm Fire & Casualty Company's Motion for Summary Judgment (ECF No. 13), Defendant's response thereto (ECF No. 14), and Plaintiff's reply (ECF No. 16), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Plaintiff's motion is **GRANTED**;

2. It is **DECLARED** that State Farm owes no duty to defend or indemnify Brighton Exterior in the underlying Coates litigation;

3. Judgment is **ENTERED** in favor of Plaintiff State Farm Fire & Casualty Co., and against Defendant Brighton Exteriors, Inc.; and

4. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.